AO 240 (Rev. 9/96)

# United States District Court

DISTRICT OF

BERNARDO FIGUEROA.
Plaintiff

V.

ASHBEL T. WALL, ET. AL.
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, BERNARDO FIGUEROA, # 272332 declare that I am the (check appropriate box)

[x] petitioner/~~plaintiff~~/movant [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? [x] Yes [ ] No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration ROSP. PO-BOX 1900 POUND, V.A. 24279

   Are you employed at the institution? NO Do you receive any payment from the institution? NO

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? [ ] Yes [x] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. UNEMPLOYED.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   APRIL 1997 AT THE RIACI. PRISON PORTER. $60.00 dollAR PER Month. 65 0/0 deductible by LAW.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment [ ] Yes [x] No
   b. Rent payments, interest or dividends [ ] Yes [x] No
   c. Pensions, annuities or life insurance payments [ ] Yes [x] No
   d. Disability or workers compensation payments [ ] Yes [x] No
   e. Gifts or inheritances [ ] Yes [x] No
   f. Any other sources [ ] Yes [ ] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

Bernardo Figueroa

VS.

Ashbel T. Wall et. al.

Civil Action No. ____________

# INMATE ACCOUNT REPORT

BERNARD FIGUEROA, # 272332

(INMATE NAME & NUMBER)

**DATE OF INQUIRY** 9/29/2005

**Balance at time of inquiry** $0.05

**Current rate of pay** N/A

**Total Deposits for six months prior**

| Month | Amount |
|---|---|
| MAR05 | 0.00 |
| APR05 | 0.00 |
| MAY05 | 0.00 |
| JUN05 | 0.00 |
| JUL05 | 0.00 |
| AUG05 | 0.00 |
| **AVERAGE MONTHLY DEPOSITS** | **0.00** |

**Account balance on Last day of Month for six months prior**

| Month | Amount |
|---|---|
| MAR05 | 0.05 |
| APR05 | 0.05 |
| MAY05 | 0.05 |
| JUN05 | 0.05 |
| JUL05 | 0.05 |
| AUG05 | 0.05 |
| **AVERAGE MONTHLY BALANCE** | **0.05** |

**I have attached certified copies of the inmate's ledger cards, and maintain said records in the regular and ordinary course of business.**

**DATED:** 9/29/2005 **SIGNATURE:** [signature] **TITLE:** FISCAL TECH

INMATE TRUST SYSTEM RUN DATE: 09/07/2005
INMATE HISTORICAL STATEMENT PGM: RP IM HS INM

INST: 620 RED ONION STATE PRISON PAGE: 3
PERIOD: MAR

INMATE NAME: FIGUEROA, BERNARD INMATE NUMBER: 272332
LOCATION: B6625

BEGINNING PERIOD BALANCES:

| PAYABLES: | | | | | RECEIVABLES: | |
|---|---|---|---|---|---|---|
| SPEND | HOLD | RESERVE | COMMISSARY | UNCLAIMED | LOANS | |
| (511) | (512) | (513) | (514) | (515) | (211) | (212) |
| 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 98.00 |

TRANSACTIONS THIS MONTH:

| BATCHID | TRANSACTION DESCRIPTION | TC-REF | AMOUNT |
|---|---|---|---|

NO TRANSACTIONS WERE PROCESSED FOR THIS INMATE DURING THE REQUESTED MONTH

INMATE TRUST SYSTEM RUN DATE: 09/07/2005
INMATE HISTORICAL STATEMENT PGM: RP IM HS INM

INST: 620 RED ONION STATE PRISON PAGE: 4
PERIOD: APR

INMATE NAME: FIGUEROA, BERNARD INMATE NUMBER: 272332
LOCATION: B6625

BEGINNING PERIOD BALANCES:

| PAYABLES: | | | | | RECEIVABLES: | |
|---|---|---|---|---|---|---|
| | | | | | LOANS | |
| SPEND | HOLD | RESERVE | COMMISSARY | UNCLAIMED | | |
| (511) | (512) | (513) | (514) | (515) | (211) | (212) |
| 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 98.00 |

TRANSACTIONS THIS MONTH:

| BATCHID | TRANSACTION DESCRIPTION | TC-REF | AMOUNT |
|---|---|---|---|
| 620-040105-FC-ARY | LOAN FOR MEDCO CHARG | 56-535 | 5.00 + |
| 620-040105-FC-ARY | LOAN FOR MEDCO CHARG | 56-212 | 5.00 + |

ENDING PERIOD BALANCES:

| PAYABLES: | | | | | RECEIVABLES: | |
|---|---|---|---|---|---|---|
| SPEND | HOLD | RESERVE | COMMISSARY | UNCLAIMED | (211) | (212) |
| 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 103.00 |

INMATE TRUST SYSTEM RUN DATE: 09/07/2005
INMATE HISTORICAL STATEMENT PGM: RP IM HS INM

INST: 620 RED ONION STATE PRISON PAGE: 5
PERIOD: MAY

INMATE NAME: FIGUEROA, BERNARD INMATE NUMBER: 272332
LOCATION: B6625

BEGINNING PERIOD BALANCES:

| PAYABLES: | | | | | RECEIVABLES: | |
|---|---|---|---|---|---|---|
| SPEND | HOLD | RESERVE | COMMISSARY | UNCLAIMED | LOANS | |
| (511) | (512) | (513) | (514) | (515) | (211) | (212) |
| 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 103.00 |

TRANSACTIONS THIS MONTH:

| BATCHID | TRANSACTION DESCRIPTION | TC-REF | AMOUNT |
|---|---|---|---|
| 620-052605-FC-ARY | LOAN FOR MEDCO CHARG | 56-535 | 5.00 + |
| 620-052605-FC-ARY | LOAN FOR MEDCO CHARG | 56-212 | 5.00 + |

ENDING PERIOD BALANCES:

| PAYABLES: | | | | | RECEIVABLES: | |
|---|---|---|---|---|---|---|
| SPEND | HOLD | RESERVE | COMMISSARY | UNCLAIMED | (211) | (212) |
| 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 108.00 |

INMATE TRUST SYSTEM
INMATE HISTORICAL STATEMENT

RUN DATE: 09/07/2005
PGM: RP IM HS INM

INST: 620 RED ONION STATE PRISON

PAGE: 6

PERIOD: JUN

INMATE NAME: FIGUEROA, BERNARD

INMATE NUMBER: 272332

LOCATION: C2201 1

BEGINNING PERIOD BALANCES:

| PAYABLES: | | | | | RECEIVABLES: | |
|---|---|---|---|---|---|---|
| SPEND | HOLD | RESERVE | COMMISSARY | UNCLAIMED | LOANS | |
| (511) | (512) | (513) | (514) | (515) | (211) | (212) |
| 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 108.00 |

TRANSACTIONS THIS MONTH:

| BATCHID | TRANSACTION DESCRIPTION | TC-REF | AMOUNT |
|---|---|---|---|
| 620-060305-FC-ARY | LOAN FOR MEDCO CHARG | 56-535 | 2.00 + |
| 620-060305-FC-ARY | LOAN FOR MEDCO CHARG | 56-212 | 2.00 + |

ENDING PERIOD BALANCES:

| PAYABLES: | | | | | RECEIVABLES: | |
|---|---|---|---|---|---|---|
| SPEND | HOLD | RESERVE | COMMISSARY | UNCLAIMED | (211) | (212) |
| 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 110.00 |

INMATE TRUST SYSTEM
INMATE HISTORICAL STATEMENT

RUN DATE: 09/07/2005
PGM: RP IM HS INM

INST: 620 RED ONION STATE PRISON

PAGE: 7

PERIOD: JUL

INMATE NAME: FIGUEROA, BERNARD

INMATE NUMBER: 272332

LOCATION: C2201 1

BEGINNING PERIOD BALANCES:

| PAYABLES: | | | | | RECEIVABLES: | |
|---|---|---|---|---|---|---|
| | | | | | LOANS | |
| SPEND | HOLD | RESERVE | COMMISSARY | UNCLAIMED | | |
| (511) | (512) | (513) | (514) | (515) | (211) | (212) |
| 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 110.00 |

TRANSACTIONS THIS MONTH:

| BATCHID | TRANSACTION DESCRIPTION | TC-REF | AMOUNT |
|---|---|---|---|
| 620-072905-FC-ARY | LOAN FOR MEDCO CHARG | 56-535 | 2.00 + |
| 620-072905-FC-ARY | LOAN FOR MEDCO CHARG | 56-212 | 2.00 + |
| 620-072905-FC-ARY | LOAN FOR MEDCO CHARG | 56-535 | 5.00 + |
| 620-072905-FC-ARY | LOAN FOR MEDCO CHARG | 56-212 | 5.00 + |

ENDING PERIOD BALANCES:

| PAYABLES: | | | | | RECEIVABLES: | |
|---|---|---|---|---|---|---|
| SPEND | HOLD | RESERVE | COMMISSARY | UNCLAIMED | (211) | (212) |
| 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 117.00 |

INMATE TRUST SYSTEM RUN DATE: 09/07/2005
INMATE HISTORICAL STATEMENT PGM: RP IM HS INM

INST: 620 RED ONION STATE PRISON PAGE: 8
PERIOD: AUG

INMATE NAME: FIGUEROA, BERNARD INMATE NUMBER: 272332
LOCATION: C2201 1

BEGINNING PERIOD BALANCES:

| PAYABLES: | | | | | RECEIVABLES: | |
|---|---|---|---|---|---|---|
| SPEND | HOLD | RESERVE | COMMISSARY | UNCLAIMED | LOANS | |
| (511) | (512) | (513) | (514) | (515) | (211) | (212) |
| 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 117.00 |

TRANSACTIONS THIS MONTH:

| BATCHID | TRANSACTION DESCRIPTION | TC-REF | AMOUNT |
|---|---|---|---|

NO TRANSACTIONS WERE PROCESSED FOR THIS INMATE DURING THE REQUESTED MONTH