UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA,
Plaintiff

v.                                      C.A. No.  05-415T

ASHBEL T. WALL,
ET AL.,
Defendants

## SHOW CAUSE ORDER

On or before **April 1st, 2006,** the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution; namely, failure to make service upon defendants within 120 days after filing of the complaint and issuance of summons required by Fed. R. Civ. P. 4(m). Failure to comply will result in dismissal.

By Order,

_____
Deputy Clerk

ENTER:

_____
Jacob Hagopian
United States Magistrate Judge
Date: 7 March 2006

FORMS/SHWCAUS2.ORD