**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

BERNARDO FIGUEROA,
Plaintiff

v. C.A. No. 05-415T

ASHBEL T. WALL,
ET AL.,
Defendants

**SHOW CAUSE ORDER**

On or before **April 1st, 2006**, the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution; namely, failure to make service upon defendants within 120 days after filing of the complaint and issuance of summons required by Fed. R. Civ. P. 4(m). Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

Jacob Hagopian
United States Magistrate Judge
Date: 7 March 2006

FORMS/SHWCAUS2.ORD