ENCLOSURE-"A"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**
**CLASSIFICATION DEPARTMENT**
**P.O. Box 8249**
**Cranston, R.I. 02920**

October 25, 2005

Bernardo Figueroa, ID #80803
Intake Service Center
Rhode Island Dept. of Corrections
Cranston, Rhode Island 02920

Dear Mr. Figueroa:

In response to your letter dated October 23, 2005, please be advised of the following.

It is my understanding that all your personal belongings will remain in the Commonwealth of Virginia. You are in Rhode Island for court proceedings; and when your court proceedings are completed, you will be returned to the Commonwealth of Virginia.

This office received a phone call from Virginia officials indicating that your legal material and/or mail will be forwarded to you at this address. All other issues (i.e. showers, shoes and access to a counselor) can be directed to the Warden, Deputy Warden and/or your assigned counselor.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

JAD/mh
cc: file
1005figueroa