ENCLOSURES - "C"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**
**CLASSIFICATION DEPARTMENT**
**P.O. Box 8249**
**Cranston, R.I. 02920**

February 7, 2006

Bernardo Figueroa, ID #80803
Intake Service Center
Rhode Island Dept. of Corrections
Cranston, Rhode Island 02920

Dear Mr. Figueroa:

This will acknowledge receipt of your letter dated February 3, 2006, regarding your legal materials.

Be advised that the person you want to direct your concern to is Michael Grant, Deputy Chief Legal Services. It is my understanding that the Commonwealth of Virginia has forwarded your legal material to Mr. Grant.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

JAD/mh
cc: M. Grant
file
206figueroa