"ENCLOSURE-D"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**

Ashbel T. Wall, II, Director
40 Howard Avenue
Cranston, RI 02920

Tel: (401) 462-2611
Fax: (401) 462-2630
TDD: (401) 462-5180

January 13, 2006

Bernardo Figueroa, ID# 080803
P.O. Box 8249
Intake Service Center
Cranston, RI 02920

Dear Mr. Figueroa:

After reviewing your 01/05/06 correspondence regarding your legal materials, a member of my staff consulted Warden McCauley and learned that you have not contacted him regarding this issue. Therefore, your letter was forwarded to him for review and response.

As you know, the Warden is responsible for the day-to-day operations of the ISC. Your bypassing the established chain of command and writing directly to this office only delays the resolution of the issues you raise.

I am also in receipt of your letter dated 12/12/05. It presents no new information and poses no questions requiring a response from this office.

Sincerely,

A.T. Wall

Ashbel T. Wall, II
Director

cc: D. McCauley (w/enclosures; for written response to the inmate, with a cc to me)
Response Pending File (ISC)