ENCLOSURED- "E"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**
**CLASSIFICATION DEPARTMENT**
**P.O. Box 8249**
**Cranston, R.I. 02920**

March 3, 2006

Bernardo Figueroa, ID #80803
Intake Service Center
Rhode Island Dept. of Corrections
Cranston, Rhode Island 02920

Dear Mr. Figueroa:

In response to your letter dated February 28, 2006, please be advised of the following.

In speaking with Assistant Director Jake Gadsden on this date regarding your request to obtain your personal items from the Commonwealth of Virginia, it has been decided that we will not contact the Commonwealth of Virginia to have these personal items sent to you. It is the policy of the Rhode Island Department of Corrections to provide personal items to indigent inmates on a routine basis per departmental policy. As a segregation inmate and an indigent inmate, you were given these personal items. If you need to replenish any and/or all of these personal items, then you are required to bring it to the attention of your mod area lieutenant.

As it relates to your legal material, it is my understanding that all your legal material was forwarded to our Legal Department. I would suggest that you contact Deputy Chief Legal Services. Michael Grant, regarding your legal materials

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

cc: J. Gadsden
M. Grant
306figueroa