UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

V. CA. No. 05-415T

ASHBEL T. WALL, et AL

# PROOF OF SERVICE

I, BERNARDO FIGUEROA, PlAINTIFF, PRO-SE, IN the ABOVE ENTITLED ACTION, hereby CERTIFIES that ON this 12th day OF MARCH 2006, I PROVIDE EACH AND EVERY NAMED DEFENDANTS IN this lAWSUIT WITH A COPY OF MY lAWSUIT i.e., COMPlAINT, TWO (2) COPIES OF THE NOTICE OF lAWSUIT AND TWO (2) COPIES OF THE WAIVER OF SERVICE OF SUMMONS, by SENDING THEM THESE COPIES through the Rhode ISLAND A.C.I. INTER-DEPARTMENTAL MAIL.

Respectfully submitted

[signature]

BERNARDO FIGUEROA, [redacted]
I.D. # 80803
ISC P.O. BOX 8249
CRANSTON, R.I. 02920

I declare under the penalty of perjury that the above and foregoing is true and correct. Signed on this 12th day of March 2006.

[signature]
BERNARDO FIGUEROA

## CERTIFICATE OF SERVICE

I hereby certifies that on this 12th day of March 2006, a true copy of the within proof of service was mailed to each & every named defendants through the Rhode Island A.C.I. Inter-Departmental Mail.

[signature]

MARCH 12, 2006

Ashbel T. Wall,
DIRECTOR OF CORRECTIONS
40 HOWARD AVENUE
CRANSTON, RI. 02920

JOSEPH A DINITTO
ASSOCIATE DIRECTOR, RIDOC
CLASSIFICATION DEPARTMENT
I.S.C. P.O. BOX 8249
CRANSTON, RI. 02920

THOMAS SULLIVAN,
CLASSIFICATION STAFF
H.S.C. P.O. BOX 8200
CRANSTON, R.I. 02920

RE: BERNARDO FIGUEROA V. A.T. WALL, ET. AL.
C.A. No. 05-415T

DEAR MESSRS. WALL, DINITTO, SULLIVAN:

ONCE AGAIN, AS REQUIRED BY RULE 4 (m) OF THE FED. R. CIV. P. I AM SERVING EACH OF YOUR WITH A COPY OF THE ORIGINAL COMPLAINT, TWO COPIES OF NOTICE OF LAWSUIT FORM AND TWO COPIES OF THE WAIVER OF SERVICE OF SUMMONS.

PLEASE BE ADVISED THAT IF YOU DON'T RETURNS THE WAIVER OF SERVICE FORM TO ME OR ANSWER THE COMPLAINT WITHIN 30 DAYS A MOTION FOR SERVICE OF PROCESS BY THE

United states Marshals service Will be Filed With the court, and you may has to bear the costs of service of process.

Very truly yours,

[signature]

BERNARDO FIGUEROA
I.D. # 80803
I.S.C. P.O. BOX 8249
CRANSTON, R.I. 02920

BF/cc.

ENCLOSURES:

CC: MR. Ashbel T. Wall
MR. Joseph A. DiNitto
MR. Thomas Sullivan
Clerk, U.S. District Court.