UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

March 27, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: *CA05-415T Bernardo Figueroa v. J.A. DiNitto*

Dear Clerk:

Enclosed, per my supervisor, you will find a certified copy of a letter and documents submitted by the Plaintiff in the above mentioned case addressed to the First Circuit Court of Appeals. To my knowledge, there is no appeal pending in this case. I have also enclosed a certified copy of our docket in this case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: [signature]
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Certified copy of letter and documents addressed to first circuit.(Document #10)

Certified copy of docket.