UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

V CA. No. 05-415T

ASHBEL T. WALL, ET. AL

MOTION FOR SERVICE OF PROCESS BY U.S. MARSHALS

Now Comes Plaintiff Bernardo Figueroa, in Pro-se and Respectfully Request this Honorable Court to issue an Order directing the United States Marshals' service to effect service of process upon the named defendants for the following reasons:

1. On October 1, 2005, Plaintiff filed the instant Complaint and copy was mailed to the defendants.

2. On October 19, 2006, after this Court granted Plaintiff's motion to proceed in forma pauperis, prior to being returned to the RIACI, Plaintiff effected service upon defendants by mail, and all the file concerning this action have been confiscated.

3. Plaintiff requested a copy of this Complaint from this Court file, which was sent to him on February 6, 2006, and again Plaintiff effected service by mail upon defendants and their attorney Michael Grant, Esq, including an amended Complaint.

4. In light of this Court order concerning service, again in March 12, 2006, Plaintiff effected service upon defendants via interdepartmental mail. The defendants, however does not accept service in this manner, and this is not the first time that the defendants refused to accept service in this manner.

Wherefore, Plaintiff Respectfully prays that this Honorable Court issue the requested order.

Respectfully submitted,

[signature]

Bernardo Figueroa
I.D. # 80803
I.S.C. P.O. Box 8249
Cranston, RI. 02920

## CERTIFICATE OF SERVICE

I hereby certifies that on this 24th day of March 2006 a true copy of the within Motion for Service of Process was mailed to the defendants and their attorney at RIDOC 40 Howard Avenue, Cranston, RI. 02920

[signature]