UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

V. C.A. NO. 05-415T

ASHBEL T. WALL, ET. AL.

PROOF OF SERVICE

Rule 65 (b)(2) Fed. R. Civ. P., Requires an applicant for T.R.O. to certify to the court the efforts that have been made to give notice to the adverse party and-or reasons why notice or further efforts to give notice should not be required.

The plaintiff hereby certifies that he has provided each and every named defendant in his lawsuit with a copy of his TRO, by sending them a copy through the U.S. inter-departmental mail, plus Michael B. Grant, Chief legal counsel for the Rhode Island Department of Correction on this 17th day of March 2006.

I declare under the Penaltie of Perjury that the above and foregoing is true and correct to the best of my knowledge signed on this 17th day of March 2006

[signature]

BERNARDO FIGUEROA
I.D. #80803
ISC. P.O. Box 8249
CRANSTON, RI. 02920

ATTENTION TO:

First Circuit U.S. Court of Appeal
Office of the Clerk
United States Courthouse
1. Courthouse Way, Suite 2500
Boston, Massachusetts 02210