EXHIBIT "A"

# REQUEST FORM

TO: SUSAN F. Class. Counselor. DATE: July 7, 1997

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I would like to Know my Present Classification status, And why I Am here in High Security Center, if I Am under investigation I would like to Know what Kind of investigation. THANK YOU. -

INMATE NAME Bernardo Figueroa I.D.# 80813

WORK ASSIGNMENT: N/A. - CELL NUMBER: D-2

H.S.C. X MAXIMUM ____ MEDIUM ____ MINIMUM ____

WOMENS ____ I.S.C. ____ WORK RELEASE ____

WING OR DETAIL OFFICER'S COMMENTS: ____

OFFICER'S SIGNATURE ____

## Disposition of Case

RESPONSE: You are on Admin Seg "C" status pending investigation by S.I.U. I have no more info on "why", then what you were told at your classif. ~~hearing~~ admin. hearing.

SIGNATURE [signature] TITLE Counselor DATE 7/7/97

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S-10