EXHIBIT B

# REQUEST FORM

TO: Counselor TONY Ammaral or Susan Freid DATE: DEC 3, 1997

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) PLEASE I WOULD LIKE TO SPEAK TO YOU REGARDING VERY IMPORTANT MATTER, GET BACK TO ME AS SOON AS TIME PERMIT.

THANK YOU. —

INMATE NAME BERNARDO FIGUEROA I.D.# 80803

WORK ASSIGNMENT: N/A — CELL NUMBER: C - #6

H.S.C. ✓ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

? class – did it go to the director – what is his status. was it cleared with S.I.U.

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE [signature]

## Disposition of Case

RESPONSE: Bernardo – I checked on your classification. The director's office (Mr. A.T. Wall). denied the board's recommendation for Maximum security. It will now come back to the board for discussion + the board will again give a recommendation (you will not be at this board). The director (or designee) will then make a final decision on your classification.

SIGNATURE ______ TITLE ______ DATE ______

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S-10

I suggest you write to the director's office, if you choose, regarding your situation.