C

97-124

Rhode Island Department of Corrections

REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print using ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheet(s) in quadruplicate. Attach copy of previous Request Form (Informal Resolution Form).

To: (circle one) **Level 1, Warden** (circled) Level 2, Director

From: (name) BERNARDO FIGUEROA — First / Last / MI — RIDOC ID 80803

Facility: (circle one) ISC **HSC** (circled) MAX MED MIN WR WOM/JA WOM/DIX COM.CONF.

PART A - INMATE REQUEST

Facility where alleged incident occurred: RHODE ISLAND A.C.I.

Grievance/Complaint: THIS LEVEL I GRIEVANCE COMES TO YOUR ATTENTION BECAUSE I HAVE REASONS TO BELIEVE THAT CERTAIN RHODE ISLAN PRISON OFFICIALS ROUTINELY AND WILLFULLY REFUSE, FAIL AND NEGLECT TO FOLLOW THE RULES AND REGULATIONS ESTABLISHED IN MORRIS V. TRAVISONO, WHICH PERTAIN TO DISCIPLINE AND CLASSIFICATION PROCEDURES NO ONLY WITH RESPECT TO ME BUT NUMEROUS OTHERS A.C.I. PRISONERS. PAGES ATTACHED, CONTINUED [illegible]

DEC. 18, 1997 — Date

[signature] — Inmate's Signature

12/19/97

[signature]

Date Received — Staff Member's Signature

PART B - RESPONSE

12/28/97

Date Received

[illegible] Category inmates are allowed limited [illegible] and services as other Morris v. Travisono [illegible] allowed subject to the control of the Deputy Assistant/Director...

Substantial evidence regarding your complaint has not been presented, therefore, your grievance is denied.

[signature] Deputy Warden R.I. Dept. of Corr.

12/28/97

Date — Signature (Level 1 = Warden; Level 2 = Director)

Distribution:
Level 1: White - Warden; Canary - Dept. Griev. Coord.; Pink - Inmate; Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord.; Canary - Warden; Pink - Inmate; Goldenrod - Inmate

C

REQUEST FOR RESOLUTION OF GRIEVANCE LEVEL "2"
DECEMBER 18, 1997
PAGE - 2

THE CLASIFICATION PROCEDURES IN THE A.C.I. IS DONE SO ARBITRARILY AND CAPRICIOUSLY THAT REPRESENT NOTHING LESS THAN THE EQUIVALENT OF JUDICIAL DEPOTISM.
I, AS WELL AS NUMEROUS OTHER PRISONERS HAVEN BEEN DOWNGRADED ON NO EVIDENCE OR SCINTILLA OF EVIDENCE OF ANY WRONG-DOING AND PLACED IN HIGH SECURITY CENTER SEGREGATION "C" CATEGORY IN THE SAME CONDITIONS AS THESE INMATES IN DEATH-ROW. LOCK UP 23 TO 24 HOURS A DAY WITHOUT EDUCATIONAL OPPORTUNITIES, NO WORK OPPORTUNITIES, NO VOCATIONAL PROGRAMS OPPORTUNITIES AND NO REHABILITATIVE PROGRAMS AS REQUIRE BY R.I.G.L. AND THE MORRIS RULES.
I RESPECTFULLY ASK THAT THIS SITUATION BE RESOLVE AS SOON AS POSSIBLE AND THAT ALL "C" CATEGORY PRISONERS IN H.S.C. BE PROVIDE WITH WORK ASSIGNMENT OPPORTUNITIES, EDUCATIONAL AND VOCATIONAL PROGRAMS OPPORTUNITIES AND REHABILITATIVE PROGRAMS OPPORTUNITIES.

[signature]
INMATE'S SIGNATURE

DATE RECEIVED______

STAFF MEMBER'S SIGNATURE