EXHIBIT D

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**

George A. Vose, Jr.
*Director*

February 20, 1998

Bernardo Figueroa
#80803
High Security Center
P.O. Box 8200
Cranston, RI 02920

Dear Mr. Figueroa,

I have received your affidavit and a letter dated February 10, 1998.

Please be advised that I do not respond to affidavits signed by more than one inmate. Therefore, I will only address your questions related to classification.

On November 13, 1997, you were seen by a re-classification board. The vote was split, two for Maximum Security placement and two for High Security. On December 3, 1997, I recommended High Security Center "C" status. The board again recommended Maximum Security placement on January 21, 1998. I overruled their recommendation and ordered you classified High Security Center "C" status.

Sincerely,

George A. Vose, Jr.
Director

cc: Joseph DiNitto
Warden Whitman

*GAV:RMM:ksc*