EXHIBIT E

Rhode Island Department of Corrections

REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print, using ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheet(s)--in quadruplicate. Attach copy of previous Request Form (Informal Resolution Form).

To: (circle one) Level 1, Warden Level 2, Director

From: (name) BERNARDO FIJUEROA First Last MI 80103 R.I. DOC ID #

Facility: (circle one) ISC HSC MAX MED MIN WR WOM/JA WOM/DIX COM.CONF.

PART A - INMATE REQUEST

Facility where alleged incident occurred: A.C.I. High Security Center

Grievance/Complaint: MR. VOSE, THIS LEVEL 2 GRIEVANCE COMES TO YOUR ATTENTION BECAUSE I BELIEVE THAT MY ALLEGATION ON LEVEL 1 GRIEVANCE WAS TREATED AS FRIVOLOUS MATTER AND WAS NOT TAKEN SERIOUSLY THE A.C.I. OFFICIALS REFUSE, FAIL AND NEGLECT TO FOLLOW THE PROCEDURES MANDATED IN MORRIS RULES, NO ONLY WITH RESPECT TO ME, BUT NUMEROUS OTHER A.C.I. PRISONER. "CONTINUED ON PAGE 2"

DEC. 31, 1997 — Date

[signature] — Inmate's Signature

Date Received

Staff Member's Signature

PART B - RESPONSE

Date Received

Denied: Mr. Figueroa, The grievance policy does not permit you to grieve on behalf of other inmates. Therefore, I will answer your grievance based on your individual concerns. Please be advised that departmental policies and the Morris Rules permit the administration to temporarily classify you to High Security. This action must be followed by an administrative hearing. Policy then dictates that a re-classification board review your status. Mr. Figueroa, a review of the process which resulted in you presently being classified High Security "C" status suggests that this was done properly. Therefore, I must deny your request.

Date 2/18/98

Signature (Level 1 = Warden; Level 2 = Director)

Distribution:
Level 1: White - Warden; Canary - Dept.Griev.Coord.; Pink - Inmate; Goldenrod - Inmate
Level 2: White - Dept.Griev.Coord.; Canary - Warden; Pink - Inmate; Goldenrod - Inmate

[signature] R.W. McCutcheon