EXHIBIT F

98-116

# Rhode Island Department of Corrections

## REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print, using ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheet(s)--in quadruplicate. Attach copy of previous Request Form (Informal Resolution Form).

To: (circle one) **[Level 1, Warden]** Level 2, Director

From: (name) BERNARDO FIGUEROA 80803
First Last MI RIDOC ID #

Facility: (circle one) ISC **[HSC]** MAX MED MIN WR WOM/JA WOM/DIX COM.CONF.

PART A - INMATE REQUEST

Facility where alleged incident occurred: Adult Correctional Institution

Grievance/Complaint: I want to know the reason why I have been lock up 23 to 24 hours a day in High Security Center segregation "Seg" category for over one (1) year.

July 10, 1998 [signature]
Date Inmate's Signature

7/10/98 11 :7/16/98

Date Received Staff Member's Signature

PART B - RESPONSE

Date Received

YOU ARE CLASSIFIED "C" CATEGORY IN ACCORDANCE WITH MORRIS V. TRAVISONO 499 F. SUPP 149 (1980) AND HOUSED AT HIGH SECURITY CENTER WITHIN THE CONTROLS FOR "C" CATEGORY IN ACCORDANCE WITH MORRIS V. TRAVISONO 499 F. SUPP 149 (1980). DECISIONS BY CLASSIFICATION BOARDS HELD IN ACCORDANCE WITH MORRIS V. TRAVISONO 499 F. SUPP. 149 (1980), AND REVIEWED BY THE DIRECTOR, ARE NOT A GRIEVABLE AREA OF INMATE LIFE PER RIDOC POLICY #13.10, THEREFORE, YOUR GRIEVANCE IS DENIED.

7/15/98 [signature]
Date Signature
(Level 1 = Warden; Level 2 = Director)

Distribution:
Level 1: White - Warden; Canary - Dept.Griev.Coord.; Pink - Inmate; Goldenrod - Inmate
Level 2: White - Dept.Griev.Coord.; Canary - Warden; Pink - Inmate; Goldenrod - Inmate