EXHIBIT "G"

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BERNARDO FIGUEROA**

**VS.** **C.A. NO. 97-547H**

**GEORGE A. VOSE, JR., ET AL**

**STIPULATION**

Upon consideration of a settlement conference held before U.S. Magistrate Judge Hagopian and by agreement of the parties, The Department of Corrections shall treat Plaintiff Bernardo Figueroa with first priority relative to his transfer out-of-state to a confinement facility situated outside of the New England area.

Attorney for the Plaintiff

Bernardo Figueroa, pro se

Attorney for the Defendant

Michael Grant, Esq.

ENTER:

SO ORDERED:

U.S. Magistrate Judge Hagopian

Dated: October 29, 1998

ENTERED:

EXHIBITS - 9

GEORGE A. VOSE, JR.
DIRECTOR OF R.I.D.O.C. -
40 HOWARD AVENUE
CRANSTON, RI. 02920

DEAR MR. VOSE:

THE INSTANT LETTER SERVES AS A AFFIDAVIT RELATIVE TO MY OUT-OF-STATE TRANSFER.

PURSUANT TO OUR SETTLEMENT AGREEMENT AND THE COURT ORDER DATED OCT. 29, 1998, I VOLUNTARILY AGREED TO BE TRANSFERRED TO THE STATE OF NEW JERSEY NOT OTHER STATE, AND THAT I SHALL NOT BE TRANSFERRED UNTIL ALL MY PENDING CIVIL AND CRIMINAL MATTER HAVEN BEEN RESOLVED.

[signature]
BERNARDO FIGUEROA
ID. # 80803

CC: U.S. DISTRIC COURT,
PROV. SUPER CT.

SWORN AND SIGNED BEFORE
ME THIS 5th DAY OF August 1999

[signature]
NOTARY PUBLIC
COMM. EXP. 6/12/2002

EXHIBIT - G

UNITED STATES DISIRICT COURT
FEDERAL BUILDING AND COURTHOUSE
ONE EXCHANGE TERRACE
PROVIDENCE, R.I. 02903 - 1720

IN RE: BERNARDO FIGUEROA'S OUT-OF-STATE TRANSFER
C.A. NO. 97-547H

DEAR YOUR HONOR:

THE INSTANT LETTER SERVES AS A AFFIDAVIT RELATIVE TO MY PENDING OUT-OF-STATE TRANSFER.

THE RHODE ISLAND DEPARTMENT OF CORRECTIONS IS AWARE OF THE ENEMIES SITUATION I HAD IN THE STATE OF NEW MEXICO AND IN VIRGINIA. HOWEVER, NOT ONLY IN AN ATTEMPT TO PREVENT ME FROM STAY AWAY FROM TROUBLE, BUT ALSO TO KEPT ME AWAY FROM MY FAMILY THEY WANT TO SEND ME TO ONE OF THESE STATE.

AT THIS TIME, I WOULD LIKE TO STATE FOR THE RECORD THAT IF THE RHODE ISLAND DOC TRANSFERRED ME TO NEW MEXICO OR VIRGINIA, AND SOMETHING HAPEN TO ME AND-OR ANYBODY IN ONE OF THESE STATE. THE CURRENT PRISON DIRECTOR GEORGE A. VOSE, JR. AND HIS ASSOCIATE JOSEPH A. DINITTO WOULD BE RESPONSIBLE.

SINCERELY,

[signature]

BERNARDO FIGUEROA
I.D. # 80803
2/11/99

CC: HON. JACOB HAGOPIAN
HON. MICHAEL SILVERSTEIN
HON. SHELDON WHITEHOUSE
MR. GEORGE A. VOSE, JR.
MR. JOSEPH A. DINITTO, ET ALS.

SWORN AND SIGNED BEFORE ME THIS 11th DAY OF February 1999.

James E. Yaley
NOTARY PUBLY

COMM. EXP. 6/12/2002

SEAL