Implementation Memo
DOP 866
January 4, 1999

EXHIBIT- "H"

# Sussex I State Prison
## Complaint/Request Form

SUSSEX I STATE PRISON

Date: Nov. 6 2002

Inmate Name: Bernardo Figueroa Number: 272332 Housing Unit: 3 C-28

To: Mr. Cummings, T.P.S.

( ) Assistant Warden of Operations and Support ( ) Assistant Warden of Housing and Programs ( ) Major
( ) Business Manager ( ) Operations Officer ( ) Unit Manager, Housing Unit ____ ( ) Chaplain
( ) Counselor ( ) Law Library ( ) Food Service ( ) Inmate Records
(X) TPS ( ) Hearings Officer ( ) Commissary ( ) Health Services
( ) Support Manager (Personal Property, Mailroom and Laundry issues) ( ) Other ________

Complaint/Request: This complaint comes to your attention because I was scheduled for annual review on August 2002. However, not annual review was done, and everytime I asks counselor Williams for my anual review he told me that I need to contact you and have your aproval.
Therefore: I would like to know whether or not I'm entitled to an annual review, like every Virginia inmates, if not then why you people don't send me back to my state home.

*****************************************************************

Date Received: ____________

Response: Reviews are done on out of state inmates according to the States request.

[signature] 11-12-02

________ Signature ________ Department ________ Date

NOTE: IF YOU ARE NOT SATISFIED WITH THE COMPLAINT RESPONSE YOU MAY FILE A REGULAR GRIEVANCE WITHIN 10 CALENDAR DAYS FROM RECEIPT.

ORIGINAL - INMATE COPY - RESPONDING DEPARTMENT