FULL EXHIBITS

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
CLASSIFICATION DEPARTMENT
P.O. Box 8249
Cranston, R.I. 02920

April 2, 2003

RECEIVED
APR 04 2003
Virginia Interstate
Corrections Compact

APR 2003
RECEIVED
WARDEN'S OFFICE
SUSSEX 1

Terry Glenn, Coordinator
Interstate Corrections Compact
Virginia Dept. of Corrections
P.O. Box 26963
Richmond, Virginia 23261-6962

Re: Bernardo Figueroa
ACI #80803

Dear Mr. Glenn:

Enclosed please find a copy of the action taken by the Rhode Island Classification Board at its meeting on March 24, 2003, regarding the above-named Rhode Island inmate.

As indicated, Mr. Figueroa will remain classified High Security, "C" Status, with a review of his status in two months. He will be seen for reconsideration of his status sometime in May, 2003. Please ensure that the inmate receives a copy of this cover letter. Also, ensure that the enclosed documented classification information is placed in the inmate's permanent file.

As always, please be assured of our continued cooperation in all matters of mutual concern.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

JAD/mh
cc: file
403glenn

Warden

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
CLASSIFICATION DEPARTMENT
P.O. Box 8249
Cranston, R.I. 02920

September 12, 2003

R.C. Nixon, Coordinator
Interstate Corrections Compact
Virginia Dept. of Corrections
P.O. Box 26963
Richmond, Virginia 23261

Re: Bernardo Figueroa
ACI #80803

Dear Ms. Nixon:

Enclosed please find a copy of the action taken by the Rhode Island Classification Board at its meeting on August 21, 2003, regarding the above-named Rhode Island inmate.

As indicated, Mr. Figueroa will remain classified High Security, "C" Status, with a review of his status in three months. He will be seen for reconsideration of his status sometime in November, 2003. Please ensure that the inmate receives a copy of this cover letter. Also, ensure that the enclosed documented classification information is placed in the inmate's permanent file.

As always, please be assured of our continued cooperation in all matters of mutual concern.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

903nixon

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
CLASSIFICATION DEPARTMENT
P.O. Box 8249
Cranston, R.I. 02920

RECE[illegible]D
DEC [illegible]
Virg[illegible]
Correc[illegible]ct

RECEIVED
DEC 31 2003
Virginia Interstate
Corrections Compact

December 18, 2003

R.C. Nixon, Coordinator
Interstate Corrections Compact
Virginia Dept. of Corrections
P.O. Box 26963
Richmond, Virginia 23261

Re: Bernardo Figueroa
ACI #80803

Dear Ms. Nixon:

Enclosed please find a copy of the action taken by the Rhode Island Classification Board at its meeting on November 14, 2003, regarding the above-named Rhode Island inmate.

As indicated, Mr. Figueroa will remain classified High Security, "C" Status, with a review of his status in three months. He will be seen for reconsideration of his status sometime in February, 2004. Please ensure that the inmate receives a copy of this cover letter. Also, ensure that the enclosed documented classification information is placed in the inmate's permanent file.

As always, please be assured of our continued cooperation in all matters of mutual concern.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

1203nixon

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
CLASSIFICATION DEPARTMENT
P.O. Box 8249
Cranston, R.I. 02920

February 27, 2004

Terry Glenn
Interstate Corrections Compact
Virginia Dept. of Corrections
P.O. Box 26963
Richmond, Virginia 23261

Re: Bernardo Figueroa VA# 272332
ACI #80803

Dear Mr. Glenn:

Enclosed please find a copy of the action taken by the Rhode Island Classification Board at its meeting on February 13 2004, regarding the above-named Rhode Island inmate.

As indicated, Mr. Figueroa will remain classified High Security, "C" Status, with a review of his status in three months. He will be seen for reconsideration of his status sometime in May, 2004. Please ensure that the inmate receives a copy of this cover letter. Also, ensure that the enclosed documented classification information is placed in the inmate's permanent file.

As always, please be assured of our continued cooperation in all matters of mutual concern.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

204glenn4

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
CLASSIFICATION DEPARTMENT
P.O. Box 8249
Cranston, R.I. 02920

JUL 2004
RECEIVED
TREATMENT

July 12, 2004

Terry Glenn, Coordinator
Interstate Corrections Compact
Virginia Dept. of Corrections
P.O. Box 26963
Richmond, Virginia 23261

Re: Bernardo Figueroa
ACI #80803

Dear Mr. Glenn:

Enclosed please find a copy of the action taken by the Rhode Island Classification Board at its meeting on May 14, 2004, regarding the above-named Rhode Island inmate.

As indicated, Mr. Figueroa is classified High Security, "C" Status, with a review of his status in three months. He will be seen for reconsideration of his status sometime in August, 2004. Please ensure that the inmate receives a copy of this cover letter. Also, ensure that the enclosed documented classification information is placed in the inmate's permanent file.

As always, please be assured of our continued cooperation in all matters of mutual concern.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

704glenn2

RECEIVED
SEP 24 2004
Virginia Interstate
Corrections Compact

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
CLASSIFICATION DEPARTMENT
P.O. Box 8249
Cranston, R.I. 02920

September 20, 2004

Terry Glenn, Coordinator
Interstate Corrections Compact
Virginia Dept. of Corrections
P.O. Box 26963
Richmond, Virginia 23261

Re: Bernardo Figueroa VA# 272332
ACI #80803

Dear Mr. Glenn:

Enclosed please find a copy of the action taken by the Rhode Island Classification Board at its meeting on August 20, 2004, regarding the above-named Rhode Island inmate.

As indicated, Mr. Figueroa will remain classified High Security, "C" Status, with a review of his status in three months. He will be seen for reconsideration of his status sometime in November, 2004. Please ensure that the inmate receives a copy of this cover letter. Also, ensure that the enclosed documented classification information is placed in the inmate's permanent file.

As always, please be assured of our continued cooperation in all matters of mutual concern.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

904glenn4

Institutions Copy

RECEIVED
DEC 2 9 2004
Virginia Interstate
Corrections Compact

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
CLASSIFICATION DEPARTMENT
P.O. Box 8249
Cranston, R.I. 02920

December 22, 2004

RECEIVED
JAN 1 1 2005
ROSP Records
Office

Terry Glenn
Interstate Corrections Compact
Virginia Dept. of Corrections
P.O. Box 26963
Richmond, Virginia 23261

Re: Bernardo Figueroa VA# 272332
ACI #80803

Dear Mr. Glenn:

Enclosed please find a copy of the action taken by the Rhode Island Classification Board at its meeting on November 19, 2004, regarding the above-named Rhode Island inmate.

As indicated, Mr. Figueroa will remain classified High Security, "C" Status, with a review of his status in three months. He will be seen for reconsideration of his status sometime in February, 2005. Please ensure that the inmate receives a copy of this cover letter. Also, ensure that the enclosed documented classification information is placed in the inmate's permanent file.

As always, please be assured of our continued cooperation in all matters of mutual concern.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

1204glenn4

Institutional File

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
CLASSIFICATION DEPARTMENT
P.O. Box 8249
Cranston, R.I. 02920

August 16, 2005

Yvonne Taylor
Treatment Program Supervisor
Red Onion State Prison
P.O. Box 970
Pound, Virginia 23279

Re: Bernardo Figueroa
ACI #80803

Dear Ms. Taylor:

Enclosed please find a copy of the action taken by the Rhode Island Classification Board at its meeting on July 18, 2005, regarding the above-named Rhode Island inmate.

As indicated, Mr. Figueroa was classified High Security, "C" Status, with a review of his status in three months. He will be seen for reconsideration of his status sometime in October, 2005. Please ensure that the inmate receives a copy of this cover letter. Also, ensure that the enclosed documented classification information is placed in the inmate's permanent file.

As always, please be assured of our continued cooperation in all matters of mutual concern.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

805taylor16