EXHIBIT-"J"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**
**CLASSIFICATION DEPARTMENT**
**P.O. Box 8249**
**Cranston, R.I. 02920**

January 4, 2006

Bernardo Figueroa, ID #80803
Intake Service Center
Rhode Island Dept. of Corrections
Cranston, Rhode Island 02920

Dear Mr. Figueroa:

In response to your letter dated January 1, 2006, please be advised of the following.

On October 16, 2005, you were returned to the State of Rhode Island from the Commonwealth of Virginia for court purposes and placed at the Intake Service Center. While at the Intake Service Center, you were seen (in absentia) by the High Security Classification Board for your normal review which was scheduled for sometime in October, 2005. On October 27, 2005, it was the Board's recommendation to classify you High Security, "C" Status, with a 90-day review. On November 18, 2005, the Board's recommendation was forwarded to Assistant Director Jake Gadsden for his review and final decision. It was Assistant Director Gadsden's decision on November 18, 2005, to approve the Board's recommendation to classify you High Security, "C" Status with a 90-day review.

As you indicated in your letter and as verified by our INFACTS System, you are still being detained at the Intake Service Center in segregation. The reason why you have not been transferred to the High Security Center is due to the lack of bed space availability at that facility. I can assure you that when bed space becomes available at the High

Security Center you will be transferred. I can only advise you that any further concerns and/or question you have relative to your custody placement be directed to Assistant Director Gadsden.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

JAD/mh
cc: A.T. Wall
J. Gadsden
Patricia Coyne-Fague
file
106figueroa