EXHIBIT "K"

**RHODE ISLAND DEPARTMENT OF CORRECTIONS**
**INSTITUTIONS AND OPERATIONS**

**INTER-OFFICE MEMORANDUM**

**TO:** Inmate Bernardo Figueroa,
ID# 80803
Intake Service Center

**FROM:** Jake Gadsden, Assistant Director
Institutions and Operations

**DATE:** January 11, 2006

**SUBJECT:** DECEMBER 1, 2005 LETTER TO J. DINITTO

---

Inmate Figueroa your letter dated December 1st has been forwarded to my office by Associate Director Joe DiNitto.

Due to the nature of the statements you have made in your letter, I have referred a copy of your letter to Dr. Fred Friedman and at this time, the Department of Corrections has no intentions of changing its' plans regarding your future placement.

I trust this letter addresses your concerns.

JG:crc
C: F. Friedman, Clinical Director Psychologist
File