EXHIBIT - L.

# *State of Rhode Island and Providence Plantations*
## *Department of Corrections*
## *Intake Service Center*

**To: Bernardo Figueroa - ID# 80803**

**From: Warden David McCauley**

**Date: February 9, 2006**

**Subject: Segregation Status**

---

In response to your Request Form dated January 25, 2006, the Intake Service Center is not holding you hostage, you are serving a sentence. The Department of Corrections determines the facility in which you will be housed and at this time it is the Intake Service Center.

If you have any further inquiries regarding your incarceration, I encourage you to follow the chain of command here at the Intake Service Center.