R.I. DEPARTMENT OF CORRECTIONS DATE: 03/09/2006

EXHIBIT-"M"

IDENTIFICATION DEPARTMENT

ID: 080803
NAME: FIGUEROA BERNARDO

SECURITY: INTAKE SERVICE CENTR
D.O.B: 05/12/1957

*** CLASSIFICATION INFORMATION ***

| CLASSIFICATION DATE | CLASSIFICATION CODE | NEXT HEARING DATE | COMMENTS |
|---|---|---|---|
| 04/08/2005 | HIGH SECURITY CAT-C | 07/01/2005 | |
| 07/18/2005 | HIGH SECURITY CAT-C | 10/01/2005 | |
| 10/27/2005 | HIGH SECURITY CAT-C | 02/01/2006 | |

*** PAROLE INFORMATION ***

| HEARING DATE | ACTION | NEXT HEARING DATE | COMMENTS |
|---|---|---|---|
| 01/01/1900 | INIT DATE | 03/01/2000 | INITIAL PAROLE HEARING |
| 03/16/2000 | DENIED | 03/01/2007 | RECONSIDERATION |