UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

        v.                CA No. 05-415-T

ASHBEL T. WALL, et al.

## ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION

Petitioner's motion for a temporary restraining order/preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure is hereby DENIED.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: April 4, 2006