UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

v. CA No. 05-415-T

ASHBEL T. WALL, et al.

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION**

Petitioner's motion for a temporary restraining order/ preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure is hereby DENIED.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: April 4, 2006