April 11, 2006

United States District Court
Office Of the Clerk
One Exchange Terrace
Providence, R.I. 02903

RE: B. FIGUEROA v A.T. WALL, ET. AL.
C.A. No. 05-415T

Dear Clerk:

In the above Referenced Action on March 12. 2006, Again the defendants was served with copies of the Complaint, Notice of Lawsuit and the Waiver of Service of Summons Forms. However, only one defendant Aknowledged Received Service, but do not answer the complaints because they does not Accept Service in this manner.. therefore, I ask the Court to Consider my motion for Service of Process by US. marshal's service.

Thank you for your time and assistance in this matter.

Sincerely,
[signature]
Bernardo Figueroa ID # 80803
I.S.C. P.O. Box 8249
Cranston, RI 02920

BF/cc.
Enclosure
cc: Michael B. Grant, Esq. w/Enc.