STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**
**CLASSIFICATION DEPARTMENT**
**P.O. Box 8249**
**Cranston, R.I. 02920**

March 17, 2006

Bernardo Figueroa, ID #80803
Intake Service Center
Rhode Island Dept. of Corrections
Cranston, Rhode Island 02920

Dear Mr. Figueroa:

In response to a copy of your complaint dated March 12, 2006, please be advised of the following:

I am forwarding your complaint to Michael Grant, Deputy Chief Legal of Services who has been actively involved with your case. I would suggest that you contact Michael Grant, Deputy Chief of Legal Services regarding your legal concerns.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

JAD/mh
cc: M. Grant
file
306figueroa