April 18, 2006

United States District Court
Office Of the Clerk
One Exchange Terrace
Providence, RI. 02903

RE: Bernardo Figueroa v. A.T. Wall et. Al.
C.A. No. 05-415T

Dear Clerk:

In the above Referenced Action. I Filed a Motion For Restraining Order and or for Preliminary injunction Concerning me being keeping in segregation for nine (9) years Without due Process and Without Penological Justification. to Which the defendants objected and offered Nothing.

However, the defendants continuing classified me High security "C" Status i.e. Restrictive isolation Without due Process and Without any Penological Justification.

I have enclosed Copies of Level 1 and level 2 grievances that I Filed Which were denied and a copy of the Classification information for this Court Review and Consideration of my Motion for Preliminary injunction.

Thank you for your time and assistance in this matter.

SINCERELY YOURS,

[signature]

BERNARDO FIGUEROA
I.D. # 80803
I.S.C. P.O. BOX 8249
CRANSTON, R.I. 02920

BF/cc.

ENCLOSURES.

cc. Michael G. Grant, Esq.

13.10 DOC
Attachment 2
Page 1 of 1

Rhode Island Department of Corrections

REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print, using ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheet(s)--in quadruplicate. Attach copy of previous Request Form (Informal Resolution Form).

To: (circle one) Level 1, Warden Level 2, Director

FROM: (name) First Last MI RIDOC ID #

Facility: (circle one) ISC HSC MAX MED MIN WR WOM/JA WOM/DIX COM.CONF.

PART A - INMATE REQUEST

Facility where alleged incident occurred:

Grievance/Complaint: [illegible]

Date Inmate's Signature

Date Received Staff Member's Signature

PART B - RESPONSE

Date Received

Based on the inmates pattern of conduct and his inability to adjust to general population this inmate was classified to [illegible] category according to department classification procedure and guideline. DOC policy 1.01 Classification Procedures [illegible] procedures [illegible] a request for reclassification [illegible] page 33 Section III, H. 1-6. Moreover, this inmate has failed to properly request a reclassification according to DOC policy and therefore the grievance is denied.

Date Signature
(Level 1 = Warden; Level 2 = Director)

Distribution:
Level 1: White - Warden; Canary - Dept.Griev. Coord.; Pink - Inmate; Goldenrod - Inmate
Level 2: White - Dept.Griev. Coord.; Canary - Warden; Pink - Inmate; Goldenrod - Inmate

13.10 DOC
Attachment 2
Page 1 of 1

# Rhode Island Department of Corrections

## REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print, using ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheet(s)--in quadruplicate. Attach copy of previous Request Form (Informal Resolution Form).

To: Level 1, Warden ~~~~~ Level 2, Director
(circle one)

From: ______ First ______ Last ______ MI ______ RIDOC ID #
(name)

Facility: ISC HSC MAX MED MIN WR WOM/JA WOM/DIX COM.CONF.
(circle one)

## PART A - INMATE REQUEST

Facility where alleged incident occurred: [illegible]

Grievance/Complaint: [illegible]

Date ______ Inmate's Signature ______

Date Received ______ Staff Member's Signature ______

## PART B - RESPONSE

Date Received

Mr. Figueroa, according to the reclassification policy, High Security C Status inmates must be reviewed every 90 days. You were interviewed on 3/16/2006 in absentia. The Board voted 2-0 that you were to remain in High Security C Status with a 90-day review. Therefore, you will be seen in June 2006. Having reviewed your entire reclassification information, I have determined that you have properly been classified in accordance with DOC policy; therefore your grievance is denied.

Date ______ Signature ______
(Level 1 - Warden; Level 2 - Director)

Distribution:
[illegible]

# REQUEST FOR RESOLUTION OF GRIEVANCE

PAGE. 2 - CON'd
PART A - INMATE GRIEVANCE

No. 1, ON JUNE 1997, I WAS PLACED IN HIGH SECURITY "C" STATUS UNDER INVESTIGATION BY THE S.I.U. PLEASE SEE ENCLOSURE-"A." NOT FOR ANY PATTERN OF CONDUCT AND INABILITY TO ADJUST TO GENERAL POPULATION.

No. 2, I WAS NEVER CHARGED OR FOUND GUILTY OF ANY DISCIPLINARY INFRACTION, AND THEREFORE THE CLASSIFICATION RECOMMENDED MAXIMUM SECURITY PLACEMENT, WHICH WAS DENIED BY MR. A.T. WALL. PLEASE SEE ENCLOSURE-"B"
AGAIN THE CLASSIFICATION BOARD RECOMMENDED MAXIMUM SECURITY PLACEMENT WHICH WAS DENIED BY FORMER DIRECTOR J. VOSE, JR. PLEASE SEE ENCLOSURE-"C."

No. 3, D.O.C. POLICY CLEARLY PROVIDES THAT ALL INMATE CLASSIFIED "C" STATUS SHALL AND MUST BE REVIEW EVERY NINETY (90) DAYS, ONLY EARLY RECLASSIFICATION CAN BE MADE BY AN INMATE. HOWEVER, INMATE DO NOT HAS TO MADE REQUEST FOR RECLASSIFICATION HEARING. FURTHERMORE, NOT ONLY I HAVE BEEN ASKING FOR MY CLASSIFICATION HEARING REVIEW, BUT ALSO MY ASSIGNED COUNSELOR MRS. DEBBIE MORETTI HAVE BEEN PLACING ME FOR CLASSIFICATION HEARING REVIEW AND HAVE BEEN UNSUCCESSFUL. IN ADDITION ASSISTANT DIRECTOR JAKE GADSDEN, IN RESPONSE TO MY REQUEST HAS STATED THAT I HAVE BEEN PLACED FOR THE NEXT CLASSIFICATION HEARING REVIEW. PLEASE SEE ENCLOSURE-"D."

REQUEST FOR RESOLUTION OF GRIEVANCE

June 2006

PAGE 3 - CON'd
PART A - INMATE GRIEVANCE

I THEREFORE, Allege AND Reallege EACH AND EVERY Allegation AS SET FORTH IN MY GRIEVANCE level 1. that SINCE JUNE 1997. I have been CONFINED to Segregation in isolation High security "C" Status, AND KEEPING ME IN the stressful AND unhealthy Conditions OF PUNITIVE segregation HS "C" Status FOR having done absolutely Nothing Wrong AMOUNTS to Cruel AND UNUSUAL PUNISHMENT, Violates due PROCESS OF law, AND lack Penological Justification.

ONCE AGAIN I AM ASKING that this SERIOUS Situation be CORRECTED Forth With.

[signature]
3-30-06

EXHIBIT "K"

# REQUEST FORM

TO: SUSAN F. Class. Counselor. DATE: July 7, 1997

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I would like to Know my Present Classification status And why I Am here in High Security Center, if I Am under investigation I would like to know what kind of investigation. THANK You. -

INMATE NAME Bernardo Figueroa I.D.# 80803

WORK ASSIGNMENT: N/A. - CELL NUMBER: D-2

H.S.C. X MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE ______

## Disposition of Case

RESPONSE: You are on Admin Seg "C" status pending investigation by S.I.U. I have no more info on "why", than what you were told at your classif. ~~hearing~~ admin. hearing.

SIGNATURE [signature] TITLE Counselor DATE 7/7/97

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

**REQUEST**

WHITE - DESIGNEE
YELLOW - "
PINK - "
SALMON - INMATE

**RESPONSE**

WHITE - INMATE
YELLOW - ASSOCIATE DIRECTOR
PINK - DESIGNEE

S-10

EXHIBIT B

**REQUEST FORM**

TO: COUNSELOR TONY Amaral or Susan Frid DATE: DEC 3, 1997

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) PLEASE I WOULD LIKE TO SPEAK TO YOU REGARDING VERY IMPORTANT MATTER, GET BACK TO ME AS SOON AS TIME PERMIT.
THANK YOU

INMATE NAME BERNARDO FIGUEROA I.D.# 80803

WORK ASSIGNMENT: N/A CELL NUMBER: C-#6

H.S.C. ✓ MAXIMUM ____ MEDIUM ____ MINIMUM ____

WOMENS ____ I.S.C. ____ WORK RELEASE ____

? classif - did it go to the director - what is his status. was it cleared with S.I.U.

WING OR DETAIL OFFICER'S COMMENTS: ____

OFFICER'S SIGNATURE [signature]

**Disposition of Case**

RESPONSE: Bernardo - I checked on your classification. The director's office (Mr. A.T. Wall). denied the board's recommendation for Maximum security. It will now come back to the board for discussion + the board will again give a recommendation (you will not be at this board). The director (or designee) will then make a final decision on your classification.

SIGNATURE ____ TITLE ____ DATE ____

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S-10

I suggest you write to the director's office, if you choose, regarding your situation.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**

George A. Vose, Jr.
*Director*

February 20, 1998

Bernardo Figueroa
#80803
High Security Center
P.O. Box 8200
Cranston, RI 02920

Dear Mr. Figueroa,

I have received your affidavit and a letter dated February 10, 1998.

Please be advised that I do not respond to affidavits signed by more than one inmate. Therefore, I will only address your questions related to classification.

On November 13, 1997, you were seen by a re-classification board. The vote was split, two for Maximum Security placement and two for High Security. On December 3, 1997, I recommended High Security Center "C" status. The board again recommended Maximum Security placement on January 21, 1998. I overruled their recommendation and ordered you classified High Security Center "C" status.

Sincerely,

George A. Vose, Jr.
Director

cc: Joseph DiNitto
Warden Whitman

*GAV:RMM:ksc*

IDENTIFICATION DEPARTMENT

ID: 080803 SECURITY: INTAKE SERVICE CENTR

NAME: FIGUEROA BERNARDO D.O.B: 05/12/1957

*** CLASSIFICATION INFORMATION ***

| CLASSIFICATION DATE | CLASSIFICATION CODE | NEXT HEARING DATE | COMMENTS |
|---|---|---|---|
| 10/29/1991 | MAXIMUM | 00/00/0000 | SEEN MAX 6M |
| 01/02/1992 | HIGH SECURITY | 04/01/1992 | POSTPONED |
| 01/30/1992 | HIGH SECURITY | 07/01/1992 | |
| 07/13/1992 | HIGH SECURITY | 01/01/1993 | |
| 01/11/1993 | MAXIMUM | 07/01/1993 | |
| 07/08/1993 | MAXIMUM | 07/01/1994 | |
| 05/12/1994 | MAXIMUM | 05/01/1995 | A STATUS |
| 05/16/1995 | MAXIMUM | 05/01/1996 | |
| 09/21/1995 | MAXIMUM | 12/01/1995 | |
| 12/20/1995 | MAXIMUM | 03/01/1996 | |
| 03/12/1996 | MAXIMUM | 03/01/1997 | |
| 03/04/1997 | MAXIMUM | 03/01/1998 | |
| 06/26/1997 | MAXIMUM | 07/01/1997 | |
| 07/24/1997 | HIGH SECURITY CAT-C | 10/01/1997 | |
| 10/06/1997 | HIGH SECURITY CAT-C | 11/01/1997 | |
| 11/13/1997 | MAXIMUM | 02/01/1998 | |
| 02/05/1998 | HIGH SECURITY CAT-C | 05/01/1998 | |
| 05/22/1998 | HIGH SECURITY CAT-C | 08/01/1998 | |
| 08/06/1998 | HIGH SECURITY CAT-C | 11/01/1998 | |
| 08/27/1998 | HIGH SECURITY CAT-C | 11/01/1998 | |
| 11/19/1998 | HIGH SECURITY CAT-C | 02/01/1999 | |
| 02/11/1999 | HIGH SECURITY CAT-C | 05/01/1999 | |
| 05/13/1999 | HIGH SECURITY CAT-C | 08/01/1999 | |
| 08/05/1999 | HIGH SECURITY CAT-C | 11/01/1999 | |
| 02/03/2000 | HIGH SECURITY CAT-C | 05/01/2000 | |
| 05/25/2000 | HIGH SECURITY CAT-C | 08/01/2000 | |
| 08/10/2000 | HIGH SECURITY CAT-C | 11/01/2000 | |
| 11/16/2000 | HIGH SECURITY CAT-C | 01/01/2001 | |
| 01/18/2001 | HIGH SECURITY CAT-C | 04/01/2001 | |
| 04/26/2001 | HIGH SECURITY CAT-C | 07/01/2001 | |
| 07/12/2001 | HIGH SECURITY CAT-C | 10/01/2001 | |
| 10/11/2001 | HIGH SECURITY CAT-C | 01/01/2002 | |
| 01/18/2002 | HIGH SECURITY CAT-C | 04/01/2002 | |
| 04/12/2002 | HIGH SECURITY CAT-C | 07/01/2002 | |
| 07/25/2002 | HIGH SECURITY CAT-C | 10/01/2002 | |
| 10/24/2002 | HIGH SECURITY CAT-C | 01/01/2003 | |
| 03/24/2003 | HIGH SECURITY CAT-C | 05/01/2003 | |
| 05/19/2003 | HIGH SECURITY CAT-C | 08/01/2003 | |
| 08/21/2003 | HIGH SECURITY CAT-C | 11/01/2003 | |
| 11/14/2003 | HIGH SECURITY CAT-C | 02/01/2004 | |
| 02/13/2004 | HIGH SECURITY CAT-C | 05/01/2004 | |
| 05/14/2004 | HIGH SECURITY CAT-C | 08/01/2004 | |
| 08/20/2004 | HIGH SECURITY CAT-C | 11/01/2004 | |
| 11/19/2004 | HIGH SECURITY CAT-C | 02/01/2005 | |
| 02/04/2005 | HIGH SECURITY CAT-C | 04/01/2005 | |

IDENTIFICATION DEPARTMENT

ID: 080803
NAME: FIGUEROA BERNARDO

SECURITY: INTAKE SERVICE CENTR
D.O.B: 05/12/1957

*** CLASSIFICATION INFORMATION ***

| CLASSIFICATION DATE | CLASSIFICATION CODE | NEXT HEARING DATE | COMMENTS |
|---|---|---|---|
| 04/08/2005 | HIGH SECURITY CAT-C | 07/01/2005 | |
| 07/18/2005 | HIGH SECURITY CAT-C | 10/01/2005 | |
| 10/27/2005 | HIGH SECURITY CAT-C | 02/01/2006 | |

*** PAROLE INFORMATION ***

| HEARING DATE | ACTION | NEXT HEARING DATE | COMMENTS |
|---|---|---|---|
| 01/01/1900 | INIT DATE | 03/01/2000 | INITIAL PAROLE HEARING |
| 03/16/2000 | DENIED | 03/01/2007 | RECONSIDERATION |

ITENEMY2

File Edit PF Keys Shift PF Keys Help

CLASS INMATE VIEW

*** INMATE ***

INC. #: -080803

LAST NAME: FIGUEROA FIRST: BERNARDO MINIT:

ID: 080803 D.O.B: 05/12/1957 RACE: HISPANIC

CLASS: HIGH SECURITY CAT-C PC:

SECURITY: INTAKE SERVICE CNTR

*** LIST CLASSIFICATION ***

| HEARING DATE | LOCATION WHEN CLASSIFIED | FINAL APPROVED CLASSIFICATION | NEXT REVIEW |
|---|---|---|---|
| 11/19/2004 | SERVING OUT-OF-STATE | HIGH SECURITY CAT-C | 02/01/2005 |
| 02/04/2005 | SERVING OUT-OF-STATE | HIGH SECURITY CAT-C | 04/01/2005 |
| 04/08/2005 | SERVING OUT-OF-STATE | HIGH SECURITY CAT-C | 07/01/2005 |
| 07/18/2005 | SERVING OUT-OF-STATE | HIGH SECURITY CAT-C | 10/01/2005 |
| 10/27/2005 | INTAKE SERVICE CNTR | HIGH SECURITY CAT-C | 02/01/2006 |
| 03/17/2006 | INTAKE SERVICE CNTR | HIGH SECURITY CAT-C | 06/01/2006 |

LIST

Enter) Display Class

Classification History

4) Prev / First

5) Next / Last

f6) Return

^f6) Main Menu

Ready

Start | Infacts | MENURUN | ITENEMY2