UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

v. C. A. NO. 05-415 T

A. T. WALL, ET AL

DEFENDANTS' WALL, DI NITTO, AND SULLIVAN'S
ANSWER TO PLAINTIFF'S COMPLAINT

Now come the Defendants in the above-entitled matter and hereby answer the Plaintiff's complaint as follows:

1. Defendants admit those allegations contained in Paragraphs Nos. 1 through 3 respecting the job titles stated and deny all remaining allegations contained in said paragraphs.

2. Defendants deny all remaining allegations contained in the Plaintiff's complaint and leave the Plaintiff to his proof.

FIRST DEFENSE

This Court lacks subject matter jurisdiction over Plaintiff's claims.

SECOND DEFENSE

Plaintiff does not allege any facts that would support a valid claim under 42 U.S.C. § 1983. Plaintiff does not state any claim against Defendants cognizable in this Court.

THIRD DEFENSE

This action is barred by the doctrine of sovereign immunity.

FOURTH DEFENSE

The Defendants have the benefit of all express and implied exceptions to the statutory waiver of sovereign immunity.

FIFTH DEFENSE

At all times material to the allegations in the complaint, the Defendants were in the exercise of due care and Defendants, in good faith, duly fulfilled any and all duties owed to the Plaintiff if, in fact, any duties were owed.

SIXTH DEFENSE

The Defendants at all times acted reasonably and in good faith and did not violate any clearly established constitutional rights of the Plaintiff. Accordingly, Defendants assert the defense of qualified immunity.

SEVENTH DEFENSE

Defendant A. T. Wall, II, to the extent that he is sued in his official capacity as Director of the Adult Correctional Institutions, Rhode Island Department of Corrections; Defendant Joseph DiNitto, to the extent that he is sued in his official capacity as Assistant Director/Classification at the Rhode Island Department of Corrections; Thomas Sullivan, Counselling Services Coordinator at the Rhode Island Department of Corrections, all having the benefit of their status as sovereigns, together with all privileges and immunities which inure to said status.

WHEREFORE, Defendants demand entry of judgment in their favor, plus costs and attorney's fees.

DEFENDANTS,
By Their Attorney,

Michael B. Grant, Esq.
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 1st day of ~~April~~ May, 2006, I mailed a true copy of the within Answer to Bernardo Figueroa, P. O. Box 8249, Cranston, R. I. 02920.

______________________