**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BERNARDO FIGUEROA**

**v.** **C.A. No. 05–415 T**

**A.T. WALL** et al.

**ORDER**

Presently before the Court are the motions (Dckt #12 & 18) of the *pro se* plaintiff seeking to have the U.S. Marshals effect service on defendants A.T. Wall, Joseph DiNitto, and Thomas Sullivan. Said motions are **DENIED** as moot. Defendant Wall, DiNitto, and Sullivan have filed an Answer to the Complaint.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
May 9, 2006