UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

              v.                    CA No. 05-415-T

ASHBEL T. WALL, Director, Rhode
Island Department of Corrections,
JOSEPH DINITTO, Associate Director,
Rhode Island Department of
Corrections, and THOMAS SULLIVAN,
Classification Board Member,
Rhode Island Department of
Corrections

## ORDER DENYING MOTION FOR RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

Plaintiff's motion for a restraining order and/or preliminary injunction pursuant to Fed. R. Civ. P. 65 is hereby DENIED.

By Order

/s/ *[signature]*
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: May 30, 2006