UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

v. CA No. 05-415-T

ASHBEL T. WALL, Director, Rhode Island Department of Corrections, JOSEPH DINITTO, Associate Director, Rhode Island Department of Corrections, and THOMAS SULLIVAN, Classification Board Member, Rhode Island Department of Corrections

**ORDER DENYING MOTION FOR RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

Plaintiff's motion for a restraining order and/or preliminary injunction pursuant to Fed. R. Civ. P. 65 is hereby DENIED.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: May 30, 2006