UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA
Plaintiff,

v. C.A. No. 05-415T

ASHBEL T. WALL, ET AL.
DEFENDANTS.

# MOTION FOR A COURT ORDER

Now comes the Plaintiff, Bernardo Figueroa, in Pro-se, and Respectfully Request this Honorable Court to issue an order directing the Rhode Island Department of Corrections' defendants to have all of Plaintiff's legal books, legal supplies and personal belongings that are being held at the Virginia Super-Maximum Security Red Onion State Prison (ROSP), transfer to him at the A.C.I. High Security Center whe he is presently confined. In support of his motion Plaintiff state the followings:

1. On October 16, 2006, the Plaintiff was transferred from the Virginia Red Onion State

PRISON to the Rhode Island Adult correctional institution (ACI), and all of his personal belongings and legal material was held at the Virginia ROSP.

2. Since his transfer to the A.C.I. the Plaintiff have been requesting from Rhode Island Prison officials to please have his legal books, legal supplies and personal belongings transferred to him, but to no avail

3. Recently counselor Tony Amaral, at Plaintiff request contacted Virginia ROSP officials concerning the Plaintiff belongings and was informed that these belongings was packaged to be transferred to the Plaintiff, but were told by Joseph Dinitto no to mailed them.

4. Counselor Amaral informed Plaintiff that he was informed by Mr. Dinitto that all Plaintiff's belongings will remain in ROSP because as soon as his case in federal court concerning his eye condition is completed he will be transferred to the Virginia ROSP.

5. Plaintiff again wrote to Director Wall, Assistant Director Gadsden and Associate Director Dinitto explaining them that he need his legal books, legal supplies, and personal belongings, that by DOC Policy he is entitled to his property which are allowed in the prison, and supose to transfer with the inmate,

And at not time a inmate is confined in one facility and his belongings in other facility, all Plaintiff's Requests was denied.

Therefore, Plaintiff respectfully ask this Honorable Court to issue and order ordering the defendants to have all of his books, legal supplies and personal belongings transferred to him at the A.C.I.

Respectfully submitted,

[signature]

BERNARDO FIGUEROA
High Security Center
P.O. Box 8200
Cranston, RI 02920

CERTIFICATE OF SERVICE

I hereby certifies that on this 7th day of June 2006. A true copy of the within motion for a court order was mailed to the defendants and their attorney Michael B. Grant, Esq at RIDOC 40 Howard Avenue, Cranston, RI 02920

[signature]