JUNE 20, 2006

United States District Court
OFFICE OF THE CLERK
ONE EXCHANGE TERRACE
PROVIDENCE, R.I. 02903

RE: BERNARDO FIGUEROA V. A.T. WALL, ET. AL.;
C.A. NO. 05-415T

DEAR YOUR HONOR:

the instant letter serves as a Response to defendants' objection to my motion for a court Order, which is seeking this Court to issue an Order directing the defendants to have my legal books, legal supplies and Personal belongings that are been held at the Virginia Supermaximum Red Onion State Prison transferred to me.

IN objection defendants state that all legal Files maintained in Virginia, have been Returned to the A.C.I. and that Plaintiff has access to all these materials.

I Respectfully submits for the record that Only a Portion of my legal materials was Returned to the RIACI, and since May 21, 2006, I have been requesting access to these legal Files and as to this date I has not yet been allow access to my legal Files

PLEASE SEE ENCLOSURE "A".

FURTHERMORE, THE RIACI DO NOT PROVIDE ME WITH ANY NECESSARY PERSONAL BELONGINGS NOT EVEN A SHOWER SHOES OR FOOT WEAR OTHER INMATES GIVE ME THEM FROM THEIR OWN PERSONAL PROPERTY., ALL MY COSMETICS, WRIT WATCH, RELIGIOUS CHAIN, FAMILY PICTURE ELECTRONIC ITEMS, CLOTHINGS, LEGAL BOOKS, LEGAL SUPPLIES, DICTIONARY, ADDRESS BOOKS, ETC. ETC. ARE BEEN HELD AT THE VIRGINIA ROSP, WHILE I AM CONFINED AT THE RIACI HIGH SECURITY FACILITY, AND I HAVE BEEN IN THIS CONDITION SINCE OCTOBER 15, 2005.

DEFENDANTS HAVE OFFERT NOTHING OR ANY REASON WHY MY LEGAL BOOKS, LEGAL SUPPLIES AND PERSONAL BELONGINGS SHOULD NO BE RETURNED TO ME. AND THEREFORE, I RESPECTFULLY ASK THIS COURT TO PLEASE ISSUE THE REQUESTED ORDER BECAUSE I AM IN DEEP NEEDS OF THESE ITEMS.

RESPECTFULLY YOURS.

[signature]

BERNARDO FIGUEROA
H.S.C. P.O. BOX 8200
CRANSTON, RI - 02920

BF/CC.
ENCLOSURES
CC: MICHAEL B. GRANT ESQ. W/ENC.

ENCLOSURE - "A"

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Housing Unit and/or Area's Lieutenant DATE: MAY 21, 2006

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) Access to my legal File that are been held at Paying shop!
THANK YOU - .

INMATE NAME Bernardo Figueroa I.D.# 80803

WORK ASSIGNMENT: NONE CELL NUMBER: F- 9

H.S.C. ✓ MAXIMUM ____ MEDIUM ____ MINIMUM ____

WOMENS ____ I.S.C. ____ WORK RELEASE ____

WING OR DETAIL OFFICER'S COMMENTS: ____

OFFICER'S SIGNATURE [signature]

**Disposition of Case**

RESPONSE: Referring to Commit CO

SIGNATURE [signature] TITLE ____ DATE 5/21/06

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | RESPONSE |
|---|---|
| WHITE - DESIGNEE | WHITE - INMATE |
| YELLOW - " | YELLOW - ASSOCIATE DIRECTOR |
| PINK - " | PINK - DESIGNEE |
| SALMON - INMATE | |

S - 10