UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

V. C. A. NO. 05-415 T

A. T. WALL, ET AL

DEFENDANTS' OBJECTION TO
PLAINTIFF'S MOTION FOR A COURT ORDER

Now come the Defendants in the above-entitled matter and hereby object to the Plaintiff's motion for a court order as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 20 day of June, 2006, I mailed a true copy of the within Defendants' Objection to Plaintiff's Motion for a Court Order and accompanying Memorandum to Bernardo Figueroa, P. O. Box 8249, Cranston, R. I. 02920.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

V. C. A. NO. 05-415 T

A. T. WALL, ET AL

MEMORANDUM

Plaintiff indicates in his motion that on October 16, 2005, he was transferred from a correctional facility in Virginia to the ACI in Rhode Island; that Plaintiff's personal belongings, legal books and legal supplies remain in Virginia.

As per Court order, all of Plaintiff's legal files maintained in Virginia, have been returned to the ACI, State of Rhode Island. Plaintiff has access to all of these materials. If Plaintiff is indigent, the ACI will furnish him with all necessary personal belongings for hygiene and other purposes.

Accordingly, Plaintiff's motion should be denied.

Respectfully submitted,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864