UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

V. C.A. No. 05-415T

ASHBEL T. WALL, ET. AL.

# MOTION FOR RECONSIDERATION

NOW COMES the Plaintiff, BERNARDO FIGUEROA, Pro-se in the above entitled matter, and Respectfully Requests this Honorable Court to Reconsider its denial of Plaintiff's Motion for a Temporary Restraining Order- Preliminary injunction, enjoining the defendants from returning plaintiff to a confinement facility in Virginia.

In said motion the plaintiff asserts that while confined in Virginia Prison he was subjected to vicious physical assault and punishment, sadistically brutalized and terrorized, starved, denied needed medical and dental care, discriminated against and physically, mentally and psychologically tortured, all these claims are documented

the defendants, however, not only were repeatedly notified of these conditions, but also know that these unconstitutional conditions of confinement in fact exist in Virginia Prison system. in that two other Rhode Island inmates. Bradley Petterson and Edwing Rivera were immediately relocated outside of Virginia jurisdiction after complaining about Virginia Prison conditions. and no one of these inmates was subjected to even one third of the cruelty Plaintiff was subjected. its appears that certain Rhode Island Prison officials have personal vendetta against the Plaintiff.

the matter was referred to a United States Magistrate Judge for a Report and Recommendation. On March 14. 2006, the magistrate judge recommended that the Plaintiff motion be denied said Recommendation was accepted by the court.

in said Report and Recommendation the magistrate judge point out that as to that date the defendants have not been serve in this case and that Plaintiff has not certified the efforts, if any, which have been made to provide the adverse parties with notice and for that the application for injunctive relief should fail on that basis. Report and Recommendation at P. 2

the Plaintiff who in fact served and sent notice to the defendants. again served all

NAMED DEFENDANTS WITH COPIES OF HIS COMPLAINT AND ALL PLEADINGS TO WHICH THE DEFENDANTS ANSWERED SEVERAL MONTHS LATER.

THE MAGISTRATE JUDGE ALSO WROTE: PLAINTIFF COMPLAINT ABOUT UNSUBSTANTIATED WRONG OR CONDITIONS HE ALLEDGEDLY FACED WHILE CONFINED IN VIRGINIA PRISON. PLAINTIFF, HOWEVER, IS CURRENTLY CONFINED IN RHODE ISLAND AND NO EVIDENCE HAS BEEN PRESENTED THAT THE PLAINTIFF WILL BE RETURNED TO A VIRGINIA PRISON, AND IF SO, WHETHER HE WILL FACE UNCONSTITUTIONAL CONDITION. REPORT AND RECOMMENDATION AT P. 3.

THE PLAINTIFF RESPECTFULLY SUBMITS THAT EACH AND EVERY TIME HE HAS REQUESTED NOT TO BE TRANSFERRED TO VIRGINIA PRISON. THE DEFENDANTS HAS DENIED ALL OF HIS REQUESTS. RECENTLY ON MAY 20, 2006, THE PLAINTIFF WROTE TO DEFENDANTS A.T. WALL, REQUESTING NOT TO BE TRANSFERRED BACK TO VIRGINIA PRISON FOR SAFETY AND HEALTH CONCERN. IN HIS RESPONSE OF JUNE 6, 2006, MR. WALL STATED: ASSISTANT DIRECTOR JAKE GADSDEN SERVES AS MY DESIGNEE WITH RESPECT TO OUT-OF-STATE TRANSFER, I HAVE FORWARDED YOUR LETTER TO HIM FOR REVIEW AND RESPONSE. PLEASE SEE ENCLOSURE-"A"

BECAUSE THE ASSISTANT DIRECTOR DO NOT ANSWER PLAINTIFF LETTERS, AGAIN ON JUNE 25, 2006, THE

Plaintiff Wrote to the Assistant Director concerning his requests of not to be transferred back to Virginia Prison, and his personal belongings that are being held at the Virginia Supermaximum Red Onion State Prison (ROSP). in his response of July 10, 2006, Mr. Gadsden stated: the answer to your concerns is the same: you will remain here under the arrangement-agreement RIDOC has made with the R.O.S.P. and due to that your personal belongings will not be transferred here. Please see Enclosure-"B."

Plaintiff have truthfully repeatedly decribed the cruelty he was subjected in Virginia Prison system, and explained the unsafe/dangerous and life-threatening prison conditions he faced and that exist in Virginia, these prison condition are so cruel and unconstitutional that when plaintiff was informed that he will be transferred back to the Virginia Prison system he attempted to kill himself and was placed in suicide watch in the back of the hospital at the A.C.I. Intake Service Center.

this court should noted that the defendants have admitted that plaintiff is in Rhode Island for medical treatment and detal care which were denied to him in Virginia Prison

System. The Plaintiff Respectfully submits for the Record with all due Respect that if defendants Transfer him to Virginia Prison it will be a deliberate death sentence.

Wherefore, for the above stated Reasons Plaintiff Respectfully ask this Honorable Court to Reconsider its Prior Rulling and issue an injunction enjoining the defendants from Returning him to Virginia confinement facility.

Respectfully submitted,

[signature]

Bernardo Figueroa
HSC. P.O. Box 8200
Cranston, R.I. 02920

## CERTIFICATE OF SERVICE

I hereby Certifies that on this 12th day of July 2006, a copy of the within Motion for Reconsideration was mailed to the defendants and their Attorney Michael B. Grant, at RIDOC, 40 Howard Avenue Cranston, R.I. 02920

[signature]

ENCLOSURE - "A"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**

Ashbel T. Wall, II, Director
40 Howard Avenue
Cranston, RI 02920

Tel: (401) 462-2611
Fax: (401) 462-2630
TDD: (401) 462-5180

June 6, 2006

Bernardo Figueroa, #80803
High Security Center
P.O. Box 8200
Cranston, RI 02920

Dear Mr. Figueroa:

I am in receipt of your letter dated May 20, 2006 requesting not to be transferred back to the Virginia Department of Corrections.

Assistant Director Jake Gadsden serves as my designee with respect to out-of-state transfers. Therefore, I have forwarded your letter to him for his review and response.

Sincerely,

A.T. Wall

Ashbel T. Wall, II
Director

Cc: J. Gadsden (w/ enclosure for response, copy back to me)
File

ENCLOSURE - "B"

# RHODE ISLAND DEPARTMENT OF CORRECTIONS
# INSTITUTIONS AND OPERATIONS

## INTER-OFFICE MEMORANDUM

**TO:** **Inmate Bernardo Figueroa**
**ID# 80803**
**High Security**

**FROM:** Jake Gadsden, Assistant Director
Institutions and Operations

**DATE:** July 10, 2006

**SUBJECT:** **REQUEST NOT BE TRANSFERRED**

---

Inmate Figueroa, this is in regard to your letter dated June 25, 2006. In your letter you state that I have not responded to your letters dated May 10th and June 4, 2006, asking to have your personal belongings transferred to the Department and your May 20, 2006, letter to the Director, which was forwarded to me for a response. On June 26, 2006, I responded back to you addressing your concerns.

Inmate Figueroa, you have written to me on a number of occasions asking to have your personal items transferred to RIDOC and have threatened to harm yourself if you are transferred back to Virginia. In each reply back to you, the answer to your concerns is the same; you will remain here under the arrangements/agreement RIDOC has made with the Red Onion State Prison in Virginia and due to that your personal belongings will not be transferred here.

This letter should address your concerns relating to your transfer back to Virginia and about your personal belongings.

JG:crc
C: File