UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA,
Plaintiff.

V CA. No. 05-415T

ASHBEL T. WALL, ET. AL.
Defendants.

PLAINTIFF'S MOTION FOR LEAVE

Now Comes the Plaintiff Bernardo Figueroa, in Pro-se, and Pursuant to the applicable Rules of the Fed. R. Civ. Proc., hereby Respectfully move this Honorable Court for leave to extend time to the instant Plaintiff within which to file a objection to a Report and Recommendation submitted on May 9. 2006, by the Honorable Jacob Hagopian. Senior United State Magistrate Judge Recommending that Plaintiff's Motion for Restraining Order and-or Preliminary injunction filed on March 22 2006, be denied, as and for the reaion stated in the accompanying memorandum.

Respectfully submited

[signature]

BERNARDO FIGUEROA
I.D. # 80803
H.S.C. P.O. BOX 8200
CRANSTON, R.I. 02920

## CERTIFICATE OF SERVICE

I hereby Certifies that on this 16th day of July 2006. A true copy of the within plaintiff's Motion for leave and accompaying memorandum Was mailed to the defendants and their Attorney Michael B. Grant, Esq. at RIDOC's legal Dept. 40 Howard Avenue, Cranston, R.I. 02920

[signature]
BERNARDO FIGUEROA

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

V. C.A. No. 05-415T

ASHBEL T. WALL, ET. AL.

# MEMORANDUM

Plaintiff in the above-entitled Action, on March 22, 2006, Filed a Motion for Restraining Order and/or Preliminary injunction seeking an order enjoining the defendants from continuing keeping Plaintiff confined in High security i.e., supermaximum Prison segregation, isolation and sensory deprivation units "C" status.

On Friday July 14, 2006, @ 1:45 PM. the Plaintiff Received a legal mail containing an Order denying Motion for Restraining Order and/or Preliminary injunction with a copy of a Report and Recommendation submitted by a senior U.S. Magistrate Judge

Jacob Hagopian on May 9, 2006.

Plaintiff Respectfully submit for the Record that he never have the opportunity to File an objection to said Report and Recommendation due to the fact that it was on July 14, 2006, that for the first time Prison officials at the A.C.I. High security delivered these legal documents to the Plaintiff who have and continue to be keeping confined in segregation-isolation at the A.C.I. Supermaximum Prison.

Wherefore, for the above stated resons, the Court should grant Plaintiff's Motion for leave.

Respectfully submitted

[signature]

BERNARDO FIGUEROA
I.D. # 80803
H.S.C. P.O. Box 8200
Cranston, RI. 02920