CLASS77.RPT

R.I. DEPARTMENT OF CORRECTIONS
INMATE RECLASSIFICATION

DATE: 08/19/2004

ID: 080803
D.O.B: 05/12/1957
AS OF: 03/03/1990

NAME: FIGUEROA BERNARDO
SENTENCED TO: LIFER
CHARGE: MURDER II
GOOD TIME DATE: 00/00/0000
DATE: 08/19/2004
SECURITY RISK LEVEL IS 1
CLASSIFICATION COUNSELOR: ANTHONY AMARAL

RECEIVED
SEP 24 2004
Virginia Interstate Corrections Compact

TIME REMAINING TO GOOD TIME RELEASE/PAROLE ELIGIBILITY - SCORE A. OR B.

Non-Lifers
- Five years or less .................... 0
- More than 5 years and up to 10 years .................... 3
- More than 10 years and up to 20 years .................... 5
- More than 20 years .................... 7

0 SCORE

Lifers
- Parole eligible by Statue .................... 0
- Not parole eligible by Statue .................... 7

0 SCORE

2. HISTORY OF INSTITUTIONAL VIOLENCE
(Code most serious within last five years)
- None .................... 0
- Assault and battery not involving use of weapon or resulting in serious injury .................... 3
- Assault and battery involving use of a weapon and/or resulting in serious injury or death .................... 7

0 SCORE

3. Did above assault occur within the last twelve months?
- Yes .................... 3
- No .................... 0

0 SCORE

4. SEVERITY OF CURRENT OFFENSE. Score
(Refer to the Severity of Offense Scale in Policy Manual. the most serious offense if there are multiple convictions)
- Low/Moderate .................... 1
- Moderate .................... 2
- High .................... 3
- Highest .................... 4

4 SCORE

5. PRIOR ASSAULTIVE OFFENSE HISTORY
(Score the most severe within last 10 years).
- None .................... 0
- Low/Moderate .................... 1
- Moderate .................... 2
- High .................... 4
- Highest .................... 6

0 SCORE

6. ESCAPE HISTORY ( Score both categories)
No escapes or attempts (or no prior incarcerations) .................... 0

A. An escape or attempt from Minimum or Community Custody, no actual or threatened violence:
- Over 3 years ago but less than 10 years .................... 1
- Over 1 year ago but less than 3 years .................... 3
- Within the last year .................... 5

0 SCORE

B. An escape or attempt from Medium or above custody, or escape from Minimum or Community Custody with actual or threatened violence:
- Over 3 years ago but less than 10 years .................... 3
- Over 1 year ago but less than 3 years .................... 5
- Within the last year .................... 7

0 SCORE

Mr. Figueroa's Copy
VA# 272332

A

NAME: FIGUEROA BERNARDO ID: 080803 D.O.B: 05/12/1957
SENTENCED TO: AS OF: 03/03/1990
LIFER
CHARGE: MURDER II GOOD TIME DATE: 00/00/0000
SECURITY RISK LEVEL IS 1 DATE: 08/19/2004
CLASSIFICATION COUNSELOR: ANTHONY AMARAL

7. NUMBER OF DISCIPLINARY REPORTS

| | | |
|---|---|---|
| None in last 36 months | 0 | |
| One in the last 36 months | 1 | |
| Two to four in the last 36 months | 3 | 5 |
| Five or more in the last 36 months | 5 | SCORE |

8. MOST SEVERE DISCIPLINARY REPORT RECEIVED (Last 36 months)

| | | |
|---|---|---|
| None | 0 | |
| Low/Moderate | 1 | |
| Moderate | 2 | |
| High | 3 | 5 |
| Highest | 5 | SCORE |

9. PRIOR FELONY CONVICTIONS (within last 10 years)

| | | |
|---|---|---|
| None | 0 | |
| One | 2 | |
| Two | 3 | 0 |
| Three or more | 4 | SCORE |

10. AGE

| | | |
|---|---|---|
| Age 30 and over | 0 | |
| Age 21 - 29 | 1 | 0 |
| Below 21 | 2 | SCORE |

Add Items 1 through 10: TOTAL SCORE: 14

Maximum/High . . . . . . . 19+ Medium Custody . . . 9 - 18
Minimum Custody . . . . . . 0 - 08

*** MANDATORY OVERRIDES ***

C.P. If inmates TOTAL SCORE is Minimum/Community Custody, and has a Pending felony, INS Detainer, Out-of-State detainer: (Override based on above, automatice MEDIUM placement) (Yes or No)

M.P.O. Meets Criteria pursuant to Policy 15.01 DOC: (Yes or No)

*** COUNSELOR RECOMMENDATION ***

INSTRUMENT SCORED CUSTODY LEVEL: MEDIUM DATE: 08/19/2004
OVERRIDE REQUEST: NO CUSTODY LEVEL:
APPLICABLE CODES:
COMMENTS:

COUNSELOR SIGNATURE: Anthony Amaral Jr. DATE: 8-19-04