1150 Reservoir Avenue, Cranston, RI 02920
(401) 946-2400

# GARDEN CITY TREATMENT CENTER

NO: 119650

| | |
|---|---|
| X-RAY NO. | IN 9:30 AM OUT 10:11 ACCOUNT # 34827.0 |
| NAME: Figueroa, Bernardo | DATE OF BIRTH / AGE: 05/12/55 43 |
| DATE: 08/28/98 | MEANS OF ARRIVAL: guards |
| TELEPHONE: | DATE OF INJURY: 08 28 98 |
| W.C. Y N | EMPLOYER TEL #: |
| M/S: S | NEAREST RELATIVE / FRIEND: no contact pers |
| EMPLOYER: HSC INMATE | |
| SUBSCRIBER'S NAME: Figueroa, Bernardo | INS.: Dept. of Corrections 60303 |
| ADDRESS: P.O. Box 8273 | INS.: |
| Cranston | STATE: RI ZIP: 02920 |
| LAST TETANUS: unknown | FAMILY PHYSICIAN: none |
| TELEPHONE: | SOCIAL SECURITY NUMBER: 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 |
| Time ______ AM PM | |

NOTIFIED: ☐ Relative ☐ PMD ☐ Police ☐ Clergy ☐ Medical Examiner ☐ Other

COMPLAINT: pt. sts. he has lacerations both sides of neck/lt. side of chest and both sides--pt. sts. he does not remember how it happened

Secretary's Signature: [signature]

CONDITION ON ARRIVAL: ☑ ALERT ☐ ORIENTED ☐ CONFUSED ☐ COMBATIVE ☐ DOA    WT ______ HT ______ LMP

PCM.

ALLERGIES: NO ☐ YES ☑

MEDICATIONS: T.T.O. CCFM. L.D. — TIME 1010

DAILY MEDICATION: none

NURSES NOTES: Pt. sts. he hasn't had any [illegible] to take drugs x 3 days. [illegible] Sts he [illegible] [illegible]. Sts he [illegible] is remaining. Sts he got cut. [illegible] remembering how [illegible]

TEMP. ORAL RECTAL 97    P 72    R 16    BP 130/80

NURSE'S SIGNATURE: [signature]

PHYSICIAN'S REPORT: Neck laceration 3 (L) side 4cm x 2.6cm x 2cm; 2 (R) side 4cm x 2.6cm. All chest laceration 5cm each side. All laceration [illegible] 5-0

| | AMT. |
|---|---|
| OV | |
| X-RAY | |
| INJ | |
| | |
| Supplies | |
| Total | |
| PAID | |
| CK# | |

X-RAY

LAB:

OTHER:

DX & TX: Total 7 lacerations neck & chest as above. All neck lacerations closed in two layers. Chest laceration closed in one layer [illegible]

TRANSPORT ON DISCHARGE ☐ AMBULANCE/RESCUE ☐ AMBULATORY ☐ WHLCHR ☐ REL./FRIEND'S CAR ☑ HOSPITAL

CONDITION ON DISCHARGE ☐ SAME ☐ IMPROVED ☐ ADMITTED ☐ EXPIRED

PATIENT INSTRUCTION:

[signature]

Patient's Signature

# CONSULTATION REPORT

**R. I. Department of Corrections**

Inmate Name: Figueroa Bernardo

Inmate I.D.: 80803

D. O. B.: 3/10/56

Security: MAX 462-2641

CONSULTATION TO (SERVICE OR PHYSICIAN)
RIH ER

REQUESTING PHYSICIAN (PRINT) Chang BEEPER # 462-6354

DATE OF REQUEST 8/27/98

CURRENT MEDS./ALLERGIES Allergic PCN No meds

144/100 88 22

CLINICAL SUMMARY AND INFORMATION DESIRED
Hunger Strike x 3 days
Self inflicted laceration c̄ Razor Bil neck + abd

SIGNATURE OF NURSE M Burr

SIGNATURE OF PHYSICIAN To Dr Chang

SIGNATURE OF MEDICAL DIRECTOR

URGENT ☐ ROUTINE ☑

REPORT OF CONSULTANT

5 self inflicted wounds
(L) side of neck 3 and (R) side
of neck 2
Two chest lacerations one on
each side of chest
All lacerations closed c̄ [illegible]
TO Remove stitches AT ACI

Must See Again ? Days Weeks Months PRN

Signature of Consultant:
Printed Name:

Beeper No.: Date: Time:

White: ACI Medical Record Yellow: Outside Hospital Pink: Dispensary

MEDICAL RECORD