UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA

v. CA No. 05-415-T

ASHBEL T. WALL, et al.

**ORDER GRANTING MOTION TO DISMISS**

Defendants' motion to dismiss (Document 34) is hereby granted.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 1/9/07